**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

DELTON SHANE COLLINS,

        Plaintiff,

v.                                        CIVIL ACTION NO. 3:26-0207

WAYNE COUNTY SHERIFF'S OFFICE and
AARON FARLEY,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Jospeh K. Reeder, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court deny Plaintiff's Application to Proceed Without Prepayment of Fees and Costs (ECF No. 1) as moot; dismiss Plaintiff's Complaint (ECF No. 2), without prejudice, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule of Civil Procedure 41.1; and remove this action from the Court's docket. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **DENIES** Plaintiff's Application to Proceed Without Prepayment of Fees and Costs (ECF No. 1) as moot; **DISMISSES** Plaintiff's Complaint (ECF No. 2), without prejudice, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule of Civil Procedure

-2-

41.1; and **REMOVES** this action from the Court's docket, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:    May 15, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE